Olmeur Medical, P.C., as Assignee of Geneva Williams, Appellant, 
against
ELRAC, Inc., d/b/a Enterprise Rent-A-Car, Respondent.




Gary Tsirelman, P.C. (Daniel Grace, Esq.), for appellant.
Brand, Glick & Brand, P.C. (Jason P. Bertuna, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Carol Ruth Feinman, J.), entered May 20, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint on the ground that defendant had never received the claim at issue.
Contrary to plaintiff's argument, plaintiff failed to raise a triable issue of fact as to whether it had mailed the claim at issue (see Zuckerman v City of New York, 49 NY2d 557 [1980]). Plaintiff's remaining contentions are improperly raised for the first time on appeal and, in any event, lack merit.
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 20, 2017